ACCEPTED
15-25-00177-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/2/2026 4:07 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00177-CV

In The Court of Appeals
for the Fifteenth Judicial District
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/2/2026 4:07:52 PM
CHRISTOPHER A. PRINE
Clerk

**JEREMY MCKNIGHT,**

*Appellant,*

**v.**

**SPOTLIGHT KARAOKE, LLC,**

*Appellee.*

Appealed from the 395th Judicial District
Georgetown, Texas
Cause No. 24-0495-C395

**MOTION FOR EXTENSION OF
TIME TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

**NOW COMES** Appellant, Jeremy McKnight, and pursuant to Tex. R. App. P. 38.6(d) and Tex. R. App. P. 10.5(b), files his Motion for Extension of Time to File Appellant's Brief.

Appellant requests a thirty-day (30) extension from the original due date to file his Brief. Appellant filed its Notice of Appeal on September 29, 2025 and his Brief is due on January 8, 2028. Appellant's requests an extension to <u>February 6, 2026</u>. This is Appellant's First Motion for Extension of Time to File Appellant's Brief.

1

Appellant's counsel is unable to meet the January 8, 2026, deadline for the following reasons:

1.     December 19, 2025 to January 1, 2026 - Counsel was out of the office for the holidays;

2.     December 12, 2025 – Counsel attended a deposition in Cause No. 2024-49923; *Huyen Nguyen, et al. v. Sarina Cantu;* In the 189th Judicial District Court of Harris County, Texas; and

3.     December 16, 2025 - Counsel attended mediation in Cause No. 2024-40431; *Kimberly Johnson v. Dereje Mekonnen Ali, et al.*; In the 189th Judicial District Court of Harris County, Texas.

For the above reasons, Appellant's Counsel will be unable to complete Appellant's Brief by January 8, 2026. Appellant respectfully requests an additional thirty (30) days from the original due date to complete preparing the Brief.

This request is not made for the purposes of delay, but so justice may be served.

WHEREFORE, Appellant moves the Court to grant its Motion for Extension of Time to File Appellant's Brief, extend the due date for Appellant's Brief to February 6, 2026, and prays for all other and further relief, both in law and equity, to which it may be entitled.

Respectfully submitted,

**HUSAIN LAW + ASSOCIATES, P.C.**

By: */s/ Joshua R. Leske*
**JOSHUA R. LESKE**
State Bar No. 24060162
5916 Winsome Lane, Suite 400
Houston, Texas 77057
O: 713.800.1200
E: jleske@hlalawfirm.co
E-Serve: eserve@hlalawfirm.com

**COUNSEL FOR APPELLANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was filed and served electronically to the Court and all known counsel of record on January 2, 2026.


*/s/ Joshua R. Leske*
**JOSHUA R. LESKE**

3

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Leske
Bar No. 24060162
jleske@hlalawfirm.com
Envelope ID: 109616291
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File Appellant's Brief
Status as of 1/2/2026 4:15 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joshua Leske | | jleske@hlalawfirm.com | 1/2/2026 4:07:52 PM | SENT |